IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ALTON LEETROY BOWEN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | CIVIL NO.: 7:13-cv-0027(HL) |
| | : | |
| **WILLIAM JEFFERSON CLINTON,** | : | |
| | : | |
| **Defendant** | : | |

_____

**ORDER**

Plaintiff **ALTON LEETROY BOWEN**, a state prisoner currently confined at Valdosta State Prison, has filed a *pro se* civil lawsuit in this Court. Because Plaintiff failed to pay a filing fee, the Court assumes that he also wishes to proceed *in forma pauperis*. See 28 U.S.C. § 1915.

In his one-page pleading, Plaintiff alleges that former United States President Bill Clinton "is a rat" and "desecration to the American way of life," and he seeks to recover lost or unpaid wages from the former president. This action is frivolous. Plaintiff's Complaint both fails to state a claim and seeks monetary damages against an immune defendant.

Even if Plaintiff could state a cognizable claim against former President Bill Clinton, Plaintiff is also barred from proceeding *in forma pauperis* in federal court. The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. ▪ 1915(g), prohibits a prisoner from bringing a civil action in federal court *in forma pauperis*

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of court records on the U.S. District Web PACER Docket Report reveals that

1

Plaintiff has a filed numerous civil cases in federal court and that at least three of those cases were dismissed and count as "strikes" under § 1915(g). <u>See</u> <u>e.g.,</u> <u>Bowen v. Casteneda</u>, 1:05-cv-2573-JEC (N.D.Ga.) (dismissed prior to service); <u>Bowen v. Castereda</u>, 1:05-cv-2879-JEC (N.D.Ga.) (dismissed prior to service); <u>Bowen v. Grant</u>, 1:06-cv-0922-JEC (N.D.Ga.) (dismissed prior to service). Because of these dismissals, Plaintiff may not proceed *in forma pauperis* unless he can show that he qualifies for the "imminent danger of serious physical injury" exception to §1915(g). Plaintiff's Complaint does not allege the existence of any such danger.

For these reasons, Plaintiff may not proceed *in forma pauperis*, and his Complaint shall be **DISMISSED** pursuant to both 28 U.S.C. § 1915(g) and 28 U.S.C. §1915A(b).

**SO ORDERED**, this 13th day of March 2013.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
UNITED STATES DISTRICT COURT

jlr